IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01668-CMA-KLM

TRISTA JEFFRIES,

    Plaintiff,

v.

WINDHAM PROFESSIONALS, INC., a Massachusetts corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 8). The Court having considered the Stipulation of Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: September __22__, 2010

BY THE COURT:

_/s/ Christine M. Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Court Judge